IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

SERENDIPITY BUSINESS SOLUTIONS,
LLC, et al.,

Defendant.

CASE NO.: 4:20-cr-56

**O R D E R**

Having read and considered the government's Motion for an Order Allowing the Government to Maintain Custody of Seized Assets pursuant to 18 U.S.C. § 983(a)(3)(B)(ii)(II), and for good cause shown,

It is hereby ordered that the United States may maintain custody of the following seized assets:

a. Bing Han box containing 23 gold rectangles
b. Green box containing 1 Rolex watch
c. Box containing 87 diamonds
d. Red box containing 1 diamond necklace
e. Red box containing 5 gold bars
f. Black box containing 107 gold assorted items
g. Green box containing 1 Rolex watch
h. Yellow pouch containing 16 gold coins
i. Off white box containing 1 Rolex watch
j. Box containing 79 diamonds
k. Diamond ring in clear sleeve
l. Makeup Aisle bag containing 8 gold bracelets
m. Yellow pouch containing 16 gold coins
n. Blue pouch containing 45 gold coins
o. Green suede drawstring containing 21 gold coins
p. Plastic box (#4) containing 129 diamonds
q. Plastic sleeve containing 1 diamond (1.03 carat)

r. Plastic box (#1) containing 105 diamonds
s. Blue suede box inside black box with 4 gold coins
t. China gold panda box containing 5 gold coins
u. Red box containing 1 Patek watch
v. Blue suede box containing 5 gold coins
w. Plastic bag containing 30 gold coins
x. Plastic bag containing 17 gold coins
y. Plastic bag containing 16 gold coins
z. Plastic bag containing 7 gold coins
aa. Plastic bag containing 6 gold coins
bb. Plastic bag containing 6 gold coins
cc. Plastic bag containing 5 gold coins
dd. Plastic bag containing 5 gold coins
ee. Red box with 1 round and 10 rectangular coins
ff. Red box containing 4 bracelets and 3 chains
gg. Plastic bag containing 43 gold necklaces
hh. Plastic box containing 119 diamonds
ii. Plastic box containing 131 diamonds
jj. Red box containing 4 gold dice and dice holder
kk. Black box containing 39 gold coins
ll. White box containing 2 gold coins
mm. Teal color box containing 41 gold coins
nn. Green drawstring bag containing 6 platinum coins
oo. Plastic bag containing 14 gold coins
pp. Plastic bag containing 3 gold coins
qq. Plastic bag containing 48 gold coins
rr. Plastic bag containing 34 gold coins
ss. Blue box containing 1 gold coin
tt. Gold box containing 5 gold coins
uu. Red suede box containing 4 gold coins
vv. White packages inside plastic container
ww. Clear plastic packages inside plastic container
xx. Blue packages inside plastic container
yy. Gold rectangles inside plastic container
zz. Rings inside plastic container
aaa. Tan box containing 59 diamonds
bbb. Plastic box (#2) containing 125 diamonds
ccc. Plastic bag containing 2 gold earrings
ddd. Diamonds (ring & bracelet) inside manila envelopes in clear sleeve
eee. Diamond in clear sleeve
fff. Diamond ring in clear sleeve
ggg. Diamonds inside clear sleeve
hhh. Diamond ring inside manila envelope

     iii. Diamond ring inside clear sleeve
     jjj. Diamonds inside manila envelope
     kkk. Small boxes containing different size diamonds
     lll. Baby Bangel

(Collectively, the "Seized Assets") pending the conclusion of this criminal case, including any criminal ancillary proceedings in which any third-party with an interest in the property may file a claim contesting its forfeiture pursuant to 21 U.S.C. § 853(n).

It is further ordered that in applying for and obtaining this Order, the government has satisfied the custody-preservation requirements of 18 U.S.C. § 983(a)(3)(B)(ii)(II).

**SO ORDERED**, this 24th day of November, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA