IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-56 |
| SERENDIPITY BUSINESS SOLUTIONS, LLC, et al., | |
| Defendant. | |

**O R D E R**

Having read and considered the government's Motion for an Order Allowing the Government to Maintain Custody of the Seized Asset pursuant to 18 U.S.C. § 983(a)(3)(B)(ii)(II), and for good cause shown,

It is hereby ordered that the United States may maintain custody of the following of $3,031,059.45 seized from JP Morgan Chase Bank Account ending in 5012 pending the conclusion of this criminal case, including any criminal ancillary proceedings in which any third-party with an interest in the property may file a claim contesting its forfeiture pursuant to 21 U.S.C. § 853(n).

It is further ordered that in applying for and obtaining this Order, the government has satisfied the custody-preservation requirements of 18 U.S.C. § 983(a)(3)(B)(ii)(II).

**SO ORDERED**, this 24th day of November, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA