## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-56 |
| SERENDIPITY BUSINESS SOLUTIONS, LLC, et al., | |
| Defendants. | |

## O R D E R

This matter comes before the Court on the Government's Motion for an Order Allowing the Government to Maintain Custody of Seized Assets pursuant to 18 U.S.C. § 983(a)(3)(B)(ii)(II). (Doc. 328.) After careful consideration and for good cause shown, the Court **GRANTS** the Government's Motion.

THEREFORE, IT IS HEREBY ORDERED that the United States may maintain custody of the following seized assets:

- JP Morgan Chase Bank Acct. #503959881, VL: $17,913.66
- Wells Fargo Bank, Acct. #2629209422, VL: $7,254.22
- Bank of America Acct. #325015701859, VL: $167,418.70
- Trustmark National Bank Acct. #7204526812, VL: $33,493.61
- $5,008.00
- $36,491.00
- (2) Money gram Order, VL: $1,750.00
- $4,500.00
- $41,763.00
- $20,000.00
- Assort. Silver, Gold, Metal VL: $55,000.00
- Assort. Silver, Gold, Metal VL: $2,099,400.00
- Mateba, SRL 6 Unica .44 Caliber Revolver
- Beretta US Corp 92FS 9mm Pistol
- Mossberg 930 .12 Gauge Shotgun

- C3 Defense Inc. C3-15 .556 Caliber Rifle
- Community Choice Credit Union Acct. #1600528940, VL $323,290.00
- Wells Fargo Bank, Acct. #7380407366, VL: $4,655.72
- Wells Fargo Bank, Acct. #3342802315, VL: $4,520.81
- Kahr Arms-Auto Ordnance 1911A1 .45 Caliber Pistol
- Beretta USA Corp. 92FS 9mm Pistol
- Wells Fargo Bank, Acct. #7348287249, VL: $2,432.21
- East West Bank, Acct. #2604048799, VL: $1,911.11
- Kinecta Federal Credit Union Acct. #384079516, VL: $1,267.04
- Kinecta Federal Credit Union Acct. #384381202, VL: $854.35
- JP Morgan Chase Bank Acct. #000000882313211, VL: $44,179.51
- CZ (Ceska Zbrojovka) Cz750 S1 M1 .308 Caliber Rifle
- I.O. Inc. Sporter AK-47 7.62 Caliber Rifle
- Para USA, Inc. Expert 14.45 Caliber Pistol
- $20,000.00 US Currency
- $305,635.00 US Currency
- Bank of America Acct. #375000418408, VL: $214,514.42
- JP Morgan Chase Bank Acct. #690856716, VL: $92,166.94

(Collectively, the "Seized Assets") pending the conclusion of this criminal case, including any criminal ancillary proceedings in which any third-party with an interest in the property may file a claim contesting its forfeiture pursuant to 21 U.S.C. § 853(n).

It is further ORDERED that in applying for and obtaining this Order, the Government has satisfied the custody-preservation requirements of 18 U.S.C. § 983(a)(3)(B)(ii)(II).

**SO ORDERED**, this 27th day of January, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA