IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. CR 4:20-CR-056 |
| v. ) | |
| ) | |
| SERENDIPITY BUSINESS ) | |
| SOLUTIONS, LLC, *et al.* ) | |

**UNITED STATES' RESPONSE TO THE WU DEFENDANTS OBJECTIONS TO THE UNITED STATES' NOTICE PURSUANT TO FED.R.EVID. 404(B)**

The United States responds to Defendants Serendipity Business Solutions, LLC, and Terry and Natalie Wu's ("Wu Defendants") objections to the United States Notice Pursuant to Fed. R. Evid. 404(b). Doc. 462. The Wu Defendants object to the United States' notice to introduce the listed prior convictions of Defendant Castellanos and Defendant Harrison. The United States notice, doc. 435, and response in opposition to Defendant Harrison's Motion in Limine, doc. 455, does not seek to introduce a prior conviction against the Wu Defendants. Rather, the United States is only seeking to introduce the prior conviction of Defendant Castellano against Defendant Castellano and the prior conviction of Defendant Harrison against Defendant Harrison.

*Signature on the Following Page*

2

        Respectfully submitted,

        DAVID H. ESTES
        UNITED STATES ATTORNEY

        ***/s/ Tania D. Groover***
        Tania D. Groover
        Assistant United States Attorney
        Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
E-mail: tania.groover@usdoj.gov