AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 1

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br>Serendipity Business Solutions, LLC | **JUDGMENT IN A CRIMINAL CASE**<br>(For Organizational Defendants)<br><br>CASE NUMBER:    4:20CR00056-1<br>Bruce Steven Harvey and Randy Sue Pollock<br><sub>Defendant Organization's Attorneys</sub> |

**THE DEFENDANT ORGANIZATION:**

☒ pleaded guilty to Counts    1, 2, and 3.

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| | *See Page 2 for Counts of Conviction* | | |

The defendant organization is sentenced as provided in pages 2 through    6    of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

   It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:  Unknown

Defendant Organization's Principal Business Address:

715 El Camino Real, Suite 201

San Bruno, California 94066

Defendant Organization's Mailing Address:

715 El Camino Real, Suite 201

San Bruno, California 94066

April 25, 2023
<sub>Date of Imposition of Judgment</sub>

*/s/ R. Stan Baker*
<sub>Signature of Judge</sub>

R. Stan Baker
United States District Judge
Southern District of Georgia
<sub>Name and Title of Judge</sub>

April 28, 2023
<sub>Date</sub>

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 1A

|  | Judgment—Page 2 of 6 |
|---|---|
| DEFENDANT ORGANIZATION: | Serendipity Business Solutions, LLC |
| CASE NUMBER: | 4:20CR00056-1 |

## ADDITIONAL COUNTS OF CONVICTION

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. §§ 1349, 1341, 1343, 3561(c)(1), and 2 | Conspiracy to commit wire fraud and mail fraud | July 8, 2020 | 1 |
| 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(D), and 18 U.S.C. §§ 3561(c)(1) and 2 | Conspiracy to possess with intent to distribute, and to distribute, a quantity of marihuana | July 8, 2020 | 2 |
| 18 U.S.C. §§ 1956(h), 1956(a)(1)(A)(i), 3561(c)(1), and 2 | Money laundering conspiracy | July 8, 2020 | 3 |

AO 245E  (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
        Sheet 2 — Probation

Judgment—Page __3__ of __6__

DEFENDANT ORGANIZATION:   Serendipity Business Solutions, LLC
CASE NUMBER:   4:20CR00056-1

# PROBATION

The defendant organization is hereby sentenced to probation for a term of : <u>1 year as to each of Counts 1, 2, and 3, to be served concurrently.</u>

The defendant organization shall not commit another federal, state or local crime.

      If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

...

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2C — Probation

Judgment—Page 4 of 6

DEFENDANT ORGANIZATION: Serendipity Business Solutions, LLC
CASE NUMBER: 4:20CR00056-1

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall not engage, directly or indirectly, in any activities related in any way to sharks or parts or products thereof, in any capacity, including, but not limited to, employment, trade, buying or selling, shipping, transporting, acquiring, possessing, research, or volunteer activities.

2. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

3. You must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
              Sheet 3 — Criminal Monetary Penalties

Judgment — Page  5  of  6

DEFENDANT ORGANIZATION:     Serendipity Business Solutions, LLC
CASE NUMBER:                4:20CR00056-1

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 1,200 | $ 7,500 | N/A |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |

☐  Restitution amount ordered pursuant to plea agreement   $ _____

☐  The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒  The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:
  ☒   the interest requirement is waived for   ☒  fine    ☐  restitution.
  ☐   the interest requirement for the   ☐  fine    ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 4 — Schedule of Payments

---

Judgment — Page  6  of  6

DEFENDANT ORGANIZATION:     Serendipity Business Solutions, LLC
CASE NUMBER:     4:20CR00056-1

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   ☒ Lump sum payment of $ __1,200__ due immediately, balance due
      ☒ not later than __July 24, 2023__ , and
      ☒ in accordance with ☐ C or ☒ D below; or

**B**   ☐ Payment to begin immediately (may be combined with ☐ C or ☐ D below); or

**C**   ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☒ Special instructions regarding the payment of criminal monetary penalties:

   The fine amount ordered by the Court is not to be credited with any amount recovered through forfeiture proceedings.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☒ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States: Subject Property outlined in the plea agreement, namely three bank accounts with combined funds totaling $82,328.84. This forfeiture is separate from the fine imposed by the Court and is not to be credited against the imposed fine or special assessments.